**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| FLORIDA TRANSFORMER LLC D/B/A EMERALD TRANSFORMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-78 (LAG) |
| | : | |
| DANIEL W. SODREL AND STEVENSON TRUCKING, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion for Temporary Restraining Order (TRO) (Doc. 2). Plaintiff, Florida Transformer LLC d/b/a Emerald Transformer filed a Complaint (Doc. 1) and a Motion for TRO (Doc. 2) on June 11, 2026. The docket does not reflect that service has been perfected on either Defendant. (*See* Docket).

While the Court is permitted, pursuant to Fed. R. Civ. P. 65(b), to issue an order on a motion for a temporary restraining order absent notice to the opposing party, Plaintiff's counsel is required to certify in writing what efforts were made to provide notice and why notice should not be required. *See* Fed. R. Civ. P. 65(b)(1). Counsel filed their Affidavit as an attachment to the Motion for TRO. (Doc. 5-3). Therein, Plaintiff's counsel represents that they "retained a process server on June 11, 2026, to personally serve both [D]efendants in this case . . . [h]owever, those materials have not yet been served on Defendants." (Doc. 5-3 at 1). On review of the Motion for TRO, the Court finds that an evidentiary hearing on the TRO will be set as soon as practicable. Therefore, the Court will hold an in-person hearing in this matter at **2:00 p.m. on Wednesday, June 17, 2026 in Albany, GA**.

As the Court is unaware of whether Defendants have been notified of this action, Plaintiff is Ordered to file proof of service of the Summons pursuant to Fed. R. Civ. P. 4 by close of business on Tuesday, June 16, 2026. If Plaintiff is unable to do so, Plaintiff

must certify in writing that Defendants have notice of the Complaint, Motion, and this Order setting the hearing. Such certification will be due by close of business on Tuesday, June 16, 2026.

        **SO ORDERED**, this 15th day of June, 2026.

                /s/ Leslie A. Gardner
                **LESLIE A. GARDNER, CHIEF JUDGE**
                **UNITED STATES DISTRICT COURT**